TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Nathan.Claus@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Arianna Janee Eldredge, Lisa Jo Lopez<br><br>Plaintiffs,<br><br>v.<br><br>United States of America, Tabatha Lynn Caron,<br><br>Defendants. | Case No. 2:26-cv-02442-ART-EJY<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER**<br><br>**[FIRST REQUEST]** |

Plaintiffs Arianna Janee Eldredge & Lisa Jo Lopez, and Defendant United States of America, by and through their respective counsel, hereby stipulate to extend the deadline for Defendant to file its answer to the complaint to November 2, 2026. ECF No. 1. This is the parties' first request.

Defendant's Answer is presently due October 12, 2026. ECF No. 6. Because this request is made before that deadline expires, the Court may extend the time for good cause. Fed. R. Civ. P. 6(b)(1)(A).

LR IA 6-1 requires that a request to extend time state the reasons for the extension and whether it is the first or a subsequent request. LR 26-3 further requires that a request to extend any date set by the discovery plan, scheduling order, or other order demonstrate good cause for the extension.

Good cause to extend the deadline exists. Defendant's counsel is set for trial in *Harris v. United States of America*, Case No. 2:22-cv-00022-GMN-MDC, from October 19 through October 23, 2026. Preparation for that trial, together with counsel's other case obligations, has limited the time available to complete the answer. Further, counsel needs more time to communicate with Agency counsel for the US Postal Office to prepare the answer. Defendant does not anticipate needing any further extensions beyond the one requested here.

As such, the parties stipulate to an extension of time for Defendant to file its Answer to November 2, 2026.

DATED this 6th day of October 2026.
and respectfully submitted by:

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Nathan M. Claus*
NATHAN M. CLAUS
Assistant United States Attorney
*Attorneys for the United States of America*

DATED this 6th day of October 2026.
and approved as to form and content by:

RICHARD HARRIS LAW FIRM

*/s/ Mysty D. Langford*
MYSTY D. LANGFORD, ESQ.
801 S. 4th Street, Las Vegas NV 89101
6900 S. McCarran Blvd., #1010, Reno NV 89509
*Attorney for Plaintiff*

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** October 6, 2026